# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF VIRGINIA
# Charlottesville Division

|  |  |
|---|---|
| MAUREEN METZGER, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 3:23-cv-00058 |
| THE RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA, | ) |
| *Defendant.* | ) |

## RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and at the request of Plaintiff Maureen Metzger, the parties stipulate that this action is hereby dismissed with prejudice, and each party shall bear its own attorneys' fees and costs.

Dated: *December 3, 2024*

Respectfully submitted,

*/s/ Adam Augustine Carter*
R. Scott Oswald, Esq., VSB # 41770
Adam Augustine Carter, Esq., VSB #32722
THE EMPLOYMENT LAW GROUP, P.C.
1717 K St., NW, Ste. 1110
Washington, D.C. 20006
soswald@employmentlawgroup.com
acarter@employmentlawgroup.com
(202) 261-2803
(202) 261-2835 (facsimile)
*Counsel for Plaintiff*

*/s/ W. Ryan Waddell*
Elizabeth M. Ebanks (VSB No. 72111)
elizabeth.ebanks@ogletreedeakins.com
W. Ryan Waddell (VSB No. 91148)
ryan.waddell@ogletreedeakins.com
Alicia R. Johnson (VSB No. 86894)
alicia.johnson@ogletreedeakins.com
OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C.
901 East Byrd Street, Suite 1300
Richmond, VA 23219
Telephone: (804) 663-2340
Fax: (855) 225-8641
*Counsel for Defendant*

1