CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

December 04, 2024

LAURA A. AUSTIN, CLERK
BY  s/ S. MELVIN
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MAUREEN METZGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:23-CV-58 |
| ) | |
| THE RECTOR AND VISITORS OF THE ) | |
| UNIVERSITY OF VIRGINIA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on the parties' agreed Stipulation of Dismissal with Prejudice. Dkt. 42. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby

**ORDERED** that the action is dismissed by stipulation, with prejudice.

This matter is **STRICKEN** from the active docket of the Court.

Entered:  December 4, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge